IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| PATRICK JEROME SPATES, } | | |
|     Petitioner, } | Civil No. 14-2328-KHV | |
| } | | |
| vs. } | Criminal No. 11-20038-01-KHV | |
| } | | |
| UNITED STATES OF AMERICA, } | | |
|     Respondent. } | | |
| } | | |

**AGREED ORDER GRANTING MOTION TO VACATE**

On July 9, 2014, the Petitioner, Patrick Jerome Spates, filed a Motion to Vacate, pursuant to 28 U.S.C. § 2255, in light of the Tenth Circuit's published decision in *United States v. Brooks*, 751 F.3d 1204 (10th Cir. 2014). The Petitioner asks that this Court vacate his conviction and sentence in Case No. 2:11-cr-20038-KHV because he is actually innocent of the offense of conviction. The underlying offense conduct involved the possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). In light of *Brooks*, which held that certain Kansas convictions do not qualify as felony convictions for purposes of federal law, the Petitioner asserts that he was not prohibited from possessing a firearm under § 922(g)(1). The government has waived any potential procedural hurdles to relief and does not oppose the motion.

Here, in light of the Tenth Circuit's decision in *Brooks*, although the Petitioner possessed a firearm, at the time of his possession, he was not a felon for purposes of § 922(g)(1). This is so because his underlying Kansas conviction for Criminal Threat did

not carry a statutory maximum sentence of more than one year. Because the Petitioner is actually innocent of the conviction in Case No. 2:11-cr-20038-KHV, the Petitioner is entitled to relief under 28 U.S.C. §2255 and the conviction and sentence must be vacated.

**This Court thus VACATES the conviction and sentence in Case No. 2:11-cr-20038-KHV. Because the conviction is vacated, Mr. Spates is to be RELEASED FROM CUSTODY IMMEDIATELY.**

**IT IS SO ORDERED.**

Dated this 10th day of July, 2014, at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge
